UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Universal-Polygram International Publishing, Inc.; Piercepttisongs; Quartet Music, Inc.; Range Road Music, Inc.; Jobete Music Co. Inc.; Hulux Music; Frank Music Corp.; Impulsive Music; and Robert Lamm, d/b/a Lamminations Music, | Civil No. 09-CV-0576 (PJS/RLE) |
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| Prairie Broadcasting Company; G&C Ventures, Ltd.; and Gene Sullivan, | |
| Defendants. | |

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That the Motion of Nikolai and Mersereau, P.A., to Withdraw as Counsel for the Defendants [Docket No. 18] be granted.

Dated: July 7, 2009

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge